Jamel C. Lancaster
P.O. Box 186
Wentworth, NC 27375
Rockingham County

federal bourea[u]

I Request
Copy Please

— THANKS

FILED IN THIS OFFICE SEP 10 2025 Clerk U.S. District Court Greensboro, NC

## "Bill of Right"

Our Bill of Rights is Contained in A written Constition. One of whose purpose is to protect the rights of the people against Infringement by the legislative and its provision.

★ ★ ★

To whom this may concern:
I am writting regarding a few major complaints that NEEDS AN OUTSIDE SOURCE TO LOOK AT AND PERHAPS... INVESTIGATE AS WELL. This County and Juidical system are being govern and controlled by a BAND OF SNAKES.

I will NOT PROLONG your TIME so lets' get to the first issue which is the JUDGES AND DISTRICT ATTORNEYS AND SOME of the LAWYERS! I've been here since 5/2/25 and have seen no lawyer nor courtroom. There is several other inmates that I personally know whom are expereincing the same. I've written letters and

2.)                                                           federal burea

They are NOT ANSWERED and when I make a attemp to contact A lawyer there is no answere nor response. The United States Constitution is the fundamental law of the United States of America, United States Constitution is the highest LAW in the United States which is not being honored, practice nor respected. Though I am incarcerated for a alleged crime... I can assure the federal burea that it has nothing to do with my judgement against this administration within Rockingham County. "Section 6.11" "Contact with Client" An Attorney shall make diligent efforts to maintain sufficient contact with his or her clients in order to provide effective Representation.) As I stated above earlier this law and factor is not being practice.

Further, the Speedy Trial of the United States Section.3161 of time and limits and exclusions are also NOT BEING HONORED AND RESPECTED IN A HOUSE of JUSTICE. To whom should I bring my complaints to if NO ONE READ THEM OR EVEN ANSWERE

Them? The federal burea are the ONES WHO GET THE JOB DONE... NOT CHILD'S PLAY.

Furthermore, I've been summoned to appear in court 4 times and all 4 times I've NEVER stepped inside the LION'S DEN — meaning they kept me inside the HOLDING CELL which is ANOTHER LAW BEING NEGLECTED: The law states; Sec. 10 Arraignment Code (2025 Edition) ☆ A critical element to the amendment is that no matter how convenient or cost effective a defendant's abscence might be, the defendant's right to be present in court stands unless he or she waives that right in writing. Under the amendment, both the defendant and the defendant's attorney must sign the waiver. Further, the amendment requires that the waiver specifically state that the defendant has received a copy of the charging instrument.

Respectfully, I should not be held up inside a cell.

4)	federal burea

I would like to think and feel that whomever is READING this is a OPEN-MINDED FEDERAL AGENT that have a HEART OF A LION to challenge themself with A NEW CHAPTER within their life to help those whom can't help themselves.

Human Rights are being voilated on a consisten basis when dealing with the treatment of INMATES. This does NOT negate the fact that some of us are guilty while others are honestly innocent but never-the-less, but the misuse of power against us comes in the form of ex-cessive force when one is NOT causing harm nor a threat to law official. When I first got here. An incident ofcured three weeks after May 2, of 2025. We're up early about to receive breakfast trays when this old white man who was sixty-four years walked over to Sgt. Daneils and asked for thignroid medication from Nurse. Daneils told him to back up, which he did (the old man) — while walk-

ing away said, "Well hell, maybe I should go fu##king talk to uncle sam", he finished. I guess Sgt. Daniels didn't like his reply. So, he (Danels) came from behind the pile of food tray's, ambled over to that (senior inmate) and punched him directly in the face — mainly the jaw and laid him flat and while going down hit his head and neck area on the stainless steel seat. Danels continued to punch him about kidney, levar and rib area. I was thunderstruck and very heated at the same time. At first, I thought he was dead by how he hit that seat, not moving. Also, I was ashamed and felt guilty for NOT SAYING ANYTHING OR getting envolved. Videos on G-BLOCK could be pulled up — Look for the month of May, early morning dealings if you don't believe me. Just yesterday, ON G-Block, two Detention Officers beat up a guy inside his cell because he was shouting about being feed that morning. His frustrations came from the 9/2/25

6.) Previous NIGHT OF US BEING FEED LUNCH BAGS that consisted of one PEANUT BUTTER SANDWENCH, ONE small capsule for Jelly, AND ONE APPLE. We are feed dinner at 7PM and Get Breakfast at 6:45 AM — most of the time at 7:15 AM. Tweule to perhaps thirteen hours of fasting. Unfortunatly, most of us don't have that type of discipline though, I have. The Mistreatment is always HERE. I honestly understand that we're here to be Punished but not mistreated. There was another inmate that I personally know whom first name is Juilo who was jumped and beating by two C/O's and one Sgt. Speaking one's mind of thoughts should not cause for one to get jumped on.

My cry for help comes from many voices from this place that NEEDS THE POWER OF THE F.B.I and not the officials Down here because favortism is a factor within the whole COURT SYSTEM, AND THIS COUNTY JAIL.

ANOTHER ISSUE is The food that allow's one to be feeble and drained of strength. THE PORTION ARE VERY SMALL AND I never see protein... PERIOD!!! EVERY INMATE HERE: MAN, WOMAN, BLACK, WHITE, AND OTHER WILL AGREE TO THIS FACT. ANOTHER MAIN

7.) issue are the showers and our walk time. Two showers reek and stained of mole which could cause many health problems towards a human and ONCE AGAIN OUR HUMAN RIGHTS our NOT BEING APPLIED NOR RESPECTED.

LASTLY: The walk time is three times a day except for Friday, Saturday and Sunday. Half hour intervals Mon, Tues, Wes, Thur — while Friday/SAT/SUN is 45 MIN once MORNING then half hour at NIGHT ONCE. There is 48 INMATES per block... THERE is 48 stainless steels seats which WE NEVER EVER ACCOMMODATE them because we are TOLD and COMMANDED to go eat inside our cells. We are let out WITHIN 4 sections at a time. First half of top range come get their food trays, hurried back upstairs, IMMEDIATELY then the second half of same range... THIS IS REPEATED until every Inmate has received a DOG tray of food — RUSHED TO EAT INSIDE CELLS — Six minutes, 7 minutes tops. AT this TIME... there is NO half hour walk at feeding time and they DO NOT ALLOW US OUT AT THE SAME TIME which is unreasonable AND SILLY. COVID-19 has been DEAD for 5 yrs. This COUNTY JAIL still APPLY COVID-19 MANDATORY LOCK-

8.) Down which I don't understand. This simply comes from neglect to work and laziness (LAZY).

I ASKED WITH A HUMBLE HEART AND IS NOT DEMANDING BUT ASKING FOR HELP FROM THE FEDERAL AGENTS OF THE UNITED STATES OF NORTH CORLINA TO BRING JUSTICE AND HONOR TO ROCKINGHAM COUNTY JAIL. BELOW are NAMES OF MEN OF ALL RACES AND BACKGROUNDS:

| PRINT: ↓ | SIGNED: ↓ |
|---|---|
| JAMEL LANCASTER | Jamel Lancaster |
| WAREN LARRY | Waren Larry |
| Samuel E Galloway Jr | Saul E Gally Jr |
| Shaquan Divine Lowe | Shaquan el Divine Lowe-bey 28448 |
| JOSEPH STEGALL | Joseph Stegall |
| Robert M. Cooper | Robert M. Cooper |
| Lornie L. Davis Sr | Lornie L. Davis Sr |
| DIMANI DAVIS | Dimani Davis |
| Robert Waddell | Robert Jr Waddell |
| PAUL VARNER | Paul Varner |
| Travis W Gauldin | |