```
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

```
JAMEL C. LANCASTER,              )
                                 )
          Plaintiff,             )
                                 )
     v.                          )     1:25-cv-836
                                 )
UNKNOWN PERSONS AT UNKNOWN       )
PERSONS AT THE ROCKINGHAM        )
COUNTY DETENTION CENTER,         )
                                 )
          Defendant.             )
```

## ORDER

On October 27, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint or petition, on the proper forms, which corrects the defects cited in the Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 2nd day of January, 2026.

                                                                  _____
                                                                   United States District Judge